**MACKIE, D.**

v.

**MACKIE, T.**

**1195 WDA 2016**

Superior Court of Pennsylvania.

04/11/2017

473 DR 2013, Pacses: 516114042 (Washington)

Quashed.

**KEY BELLEVILLES**

v.

**BALLINA, F.**

**1200 WDA 2016**

Superior Court of Pennsylvania.

04/11/2017

No. 07–CI 01380 (Westmoreland)

Reversed/Vacated/Remanded

**W.P.L.**

v.

**A.S.L.**

**1280 WDA 2016**

Superior Court of Pennsylvania.

04/11/2017

FD 08–1745–005 (Allegheny)

Affirmed.

**C.S.**

v.

**J.B.**

v.

**C.J.B.**

**and**

**R.A.B.**

**1534 WDA 2016**

Superior Court of Pennsylvania.

04/11/2017

No. A.D. 2009–313–S (Crawford)

Affirmed

**COM.**

v.

**MARTIN, E.**

**243 EDA 2016**

Superior Court of Pennsylvania.

04/12/2017

CP–51–CR–0013191–2014 (Philadelphia)

Affirmed

